**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6606
_____

ANTHONY HOOVER,

                    Plaintiff – Appellant,

          and

DAVID SCOTT,

                    Plaintiff,

               v.

FAYE DANIELS; JAMES MCKNIGHT; ANTHONY FLORENCE; VICKI L.
COURTNEY,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:13-cr-03096-BO)

_____

Submitted: July 24, 2014          Decided: July 29, 2014

_____

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony Leon Hoover, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Hoover v. Daniels, No. 5:13-ct-03096-BO (E.D.N.C. Apr. 4 & 16, 2014). We deny Hoover's motions to appoint counsel and for amendment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED